McGREGOR W. SCOTT
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN BURGHARDT-COBB,<br><br>Plaintiff,<br><br>v.<br><br>MARK S. INCH, Director, Federal Bureau of Prisons,<br><br>Defendant. | Case No. 1:17-cv-01563-DAD-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE NON-EXPERT DISCOVERY DEADLINE**<br><br>(Doc. 17)<br><br>Hon. Sheila K. Oberto<br>U.S. Magistrate Judge |

Plaintiff, Kathleen Burghardt-Cobb, and Defendant, Hugh J. Hurwitz, Acting Director of the Federal Bureau of Prisons, through their undersigned attorneys, hereby stipulate and request that the Court order that the non-expert discovery cutoff (*see* Scheduling Order, Doc. 15, at p. 3) be continued from April 19, 2019, to April 23, 2019, for the sole purpose of completing the deposition of plaintiff. As cause for this proposed modification of the case schedule, the parties jointly declare that they have been negotiating in good faith on a mutually agreeable date for the deposition of Plaintiff, Kathleen Burghardt-Cobb. Plaintiff's counsel has advised that Plaintiff's obligation to care for her elderly parents limits her availability for deposition. Plaintiff, her counsel and defense counsel are all available on April 23, 2019, which is two court days beyond the current non-expert discovery cutoff. The parties therefore jointly propose that the non-expert discovery cutoff be

STIPULATION AND ORDER TO CONTINUE NON-EXPERT
DISCOVERY DEADLINE                    1

extended to April 23, 2019, for the purpose of completing this deposition only.  No other deadlines set in the Scheduling Order will be affected by this proposed modification.

Respectfully submitted,

Dated:  April 11, 2019
McGREGOR W. SCOTT
United States Attorney

 /s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorney for Defendant

Dated:  April 11, 2019
LAW OFFICES OF KEVIN G. LITTLE

[Authorized April 11, 2019]

 /s/ Kevin G. Little
KEVIN G. LITTLE
Attorneys for Plaintiff

## **ORDER**

Pursuant to the parties' above-stipulation (Doc. 17), and good cause appearing therefor, IT IS HEREBY ORDERED that the Scheduling Order (Doc. 15) is MODIFIED as follows: The deadline for completion of the deposition of Plaintiff, Kathleen Burghardt-Cobb, is continued to April 23, 2019.  All other deadlines in the Scheduling Order remain in force.

IT IS SO ORDERED.

Dated:   **April 11, 2019**                           /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE