Kevin G. Little, SBN 149818
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: kevin@kevinlittle.com

Attorneys for Plaintiff Kathleen Burghardt-Cobb

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| KATHLEEN BURGHARDT-COBB, | Case No. 1:17-cv-01563-DAD-SKO |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING EXPERT DISCOVERY DEADLINE AND VACATING SETTLEMENT CONFERENCE** |
| v. | |
| MARK S. INCH, Director, Federal Bureau of Prisons, | (Doc. 19) |
| Defendant. | Hon. Sheila K. Oberto<br>U.S. Magistrate Judge |

Plaintiff, Kathleen Burghardt-Cobb, and Defendant, Hugh J. Hurwitz,[1] Acting Director of the Federal Bureau of Prisons, through their undersigned attorneys, hereby stipulate and request that the Court order that the expert discovery cutoff (*see* Scheduling Order, Doc. 15, at p. 3) be continued from May 31, 2019, to July 15, 2019. The parties also request that the judicial settlement conference currently set for June 20, 2019 (*see* April 1, 2019 Order, Doc. 16, at p. 1) be rescheduled to a date available on the Court's calendar in late August or September 2019.

Good cause exists for this proposed modification of the case schedule because the current May 31, 2019 expert discovery deadline has been rendered impracticable by recent scheduling issues impacting plaintiff's counsel's availability. Specifically, plaintiff's counsel has advised that a

---

[1] Mr. Hurwitz, the current Acting Director, should be substituted for Mr. Inch pursuant to Fed.R.Civ.P. 17(d).

STIPULATION AND ORDER CONTINUING EXPERT DISCOVERY DEADLINE AND VACATING SETTLEMENT CONFERENCE     1

criminal trial proceeding in which he is lead defense counsel, *People of the State of California v. Joshua Stepp*, Tulare County Case No. VCF273216A, was supposed to have commenced on May 6, 2019 but has been rescheduled for May 28, 2019, the same week the parties had tentatively set aside for doing expert depositions. Plaintiff's counsel has further advised that the *Stepp* trial involves the charge of special circumstances homicide and is estimated for 12-15 court days,

The requested new deadline of July 15, 2019 would enable the parties to complete expert discovery after the conclusion of the *Stepp* trial. The requested rescheduling of the judicial settlement conference would permit the parties to have completed expert discovery and perhaps also to have obtained rulings on dispositive motions beforehand.

The parties therefore jointly propose that the expert discovery cutoff be extended to July 15, 2019, and that the judicial settlement conference be rescheduled for an available date in late August or September 2019.

No other deadlines set in the Scheduling Order will be affected by this proposed modification.

Respectfully submitted,

Dated: May 14, 2019  LAW OFFICES OF KEVIN G. LITTLE

 /s/ Kevin G. Little
KEVIN G. LITTLE
Attorneys for Plaintiff

Dated: May 14, 2019  McGREGOR W. SCOTT
United States Attorney

 /s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorney for Defendant

///
///
///

## ORDER

Based in part on the parties' above-stipulation (Doc. 19), and with good cause shown, the Court hereby ORDERS that case schedule (Doc. 15) is modified as follows:[2]

| Event | Prior Date | Continued Date |
|---|---|---|
| Expert Discovery Completion | May 31, 2019 | July 15, 2019 |
| Non-Dispositive Motion Filing | June 3, 2019 | July 17, 2019 |
| Non-Dispositive Motion Hearing | July 3, 2019 | August 14, 2019 |
| Dispositive Motion Filing | June 3, 2019 | July 17, 2019 |
| Dispositive Motion Hearing | July 16, 2019 | September 3, 2019 |
| Settlement Conference | June 20, 2019, at 10:00 a.m. before Magistrate Judge Sheila K. Oberto | Vacated; Telephonic conference to discuss re-setting Settlement Conference set for June 20, 2019, at 10:00 a.m.[3] |
| Pretrial Conference | September 30, 2019, at 1:30 pm | November 18, 2019, at 1:30 pm |
| Trial | December 3, 2019, at 1:00 p.m. | January 14, 2020, at 8:30 a.m. |

IT IS SO ORDERED.

Dated: __May 15, 2019__          /s/ *Sheila K. Oberto*
                                 UNITED STATES MAGISTRATE JUDGE

---

[2] The Court notes that the parties request that all dates and deadlines, other than that pertaining to expert discovery, remain the same. Granting this request, however, would be problematic: if so, the parties' deadline to conduct expert discovery would occur *after* the deadlines for filing non-dispositive and non-dispositive motions. Accordingly, the Court has enlarged these deadlines, as well as the pretrial conference and trial, to allow the parties adequate time to file, and for the Court to rule on, motions, and to permit the parties sufficient time to prepare their pretrial submissions and for trial.

[3] **The parties are to use dial-in number: 1-888-557-8511; passcode: 6208204#.** Prior to the telephonic conference, counsel are to thoroughly discuss the advantages of and possibilities for settlement with their respective clients, and each other, and be prepared to propose a date on which a Settlement Conference will be set. **By no later than June 13, 2019, the parties shall file a joint statement confirming that they have met and conferred and setting forth their proposed Settlement Conference date(s).**