| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | BENJAMIN E. HALL<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN BURGHARDT-COBB,<br><br>                  Plaintiff,<br><br>v.<br><br>MARK S. INCH, Director, Federal Bureau of Prisons,<br><br>                  Defendant. | Case No. 1:17-cv-01563-DAD-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE TELEPHONIC CONFERENCE**<br><br>Hon. Sheila K. Oberto<br>U.S. Magistrate Judge |

Plaintiff, Kathleen Burghardt-Cobb, and Defendant, Hugh J. Hurwitz, Acting Director of the Federal Bureau of Prisons, through their undersigned attorneys, hereby stipulate and request that the Court continue the telephonic hearing to discuss setting the Settlement Conference (*see* Order dated May 15, 2019, Doc. 20) from June 20, 2019, to July 17, 2019, at 4 p.m. Defense counsel has requested this continuance due to a family medical matter.

                                                                                                                         Respectfully submitted,

Dated: June 12, 2019                                              McGREGOR W. SCOTT
                                                                                        United States Attorney

                                                                                         /s/ Benjamin E. Hall
                                                                                        BENJAMIN E. HALL
                                                                                        Assistant U.S. Attorney
                                                                                        Attorney for Defendant

Dated: June 12, 2019                                LAW OFFICES OF KEVIN G. LITTLE

[Authorized June 12, 2019]

 /s/ Kevin G. Little
KEVIN G. LITTLE
Attorneys for Plaintiff

**ORDER**

Pursuant to the parties' above stipulation (Doc. 21), the Pre-Settlement Conference set for June 20, 2019 is CONTINUED to July 17, 2019 at 4:00 PM in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto. The parties SHALL file a joint statement confirming that they have met and conferred and setting forth their proposed Settlement Conference date(s) by no later than July 10, 2019. (*See* Doc. 20 at 3 n.3.)

IT IS SO ORDERED.

Dated: __**June 12, 2019**__                        /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE