| | |
|---|---|
| 1 | McGREGOR W. SCOTT <br> United States Attorney |
| 2 | BENJAMIN E. HALL <br> Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 <br> Fresno, CA  93721 |
| 4 | Telephone: (559) 497-4000 <br> Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN BURGHARDT-COBB, | Case No. 1:17-cv-01563-DAD-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE EXPERT DISCOVERY DEADLINE** |
| v. | |
| MARK S. INCH, Director, Federal Bureau of Prisons, | (Doc. 24) |
| Defendant. | Hon. Sheila K. Oberto <br> U.S. Magistrate Judge |

Plaintiff, Kathleen Burghardt-Cobb, and Defendant, Hugh J. Hurwitz, Acting Director of the Federal Bureau of Prisons, through their undersigned attorneys, hereby stipulate and request that the Court order that the expert discovery cutoff (*see* Order, Doc. 20, at p. 3) be continued by one (1) day, from July 15, 2019 to July 16, 2019, for the sole purpose of completing the deposition of retained expert witness Karl Erik Volk.  Counsel for the parties were unable to find a jointly available date on which Mr. Volk was able to testify on or before July 15, 2019 but counsel and the witness are available and, if the Court approves, will complete Mr. Volk's deposition on July 16, 2019, in Walnut Creek, California.  No other dates are affected by this proposed modification to the case schedule.

/ / /

/ / /

STIPULATION AND ORDER TO CONTINUE EXPERT
DISCOVERY DEADLINE

1

| | |
|---|---|
| Dated: July 3, 2019 | Respectfully submitted,<br><br>McGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ Benjamin E. Hall<br>BENJAMIN E. HALL<br>Assistant U.S. Attorney<br>Attorney for Defendant |
| Dated: July 3, 2019 | LAW OFFICES OF KEVIN G. LITTLE<br><br>[Authorized July 3, 2019]<br><br>/s/ Kevin G. Little<br>KEVIN G. LITTLE<br>Attorneys for Plaintiff |

## **ORDER**

Good cause appearing based on the above-stipulation (Doc. 24), IT IS HEREBY ORDERED that the deadline for completing expert witness discovery is continued by one day, to July 16, 2019. All other deadlines in the case schedule remain unchanged and in force.

IT IS SO ORDERED.

Dated: **July 9, 2019**           /s/ *Sheila K. Oberto*
                                UNITED STATES MAGISTRATE JUDGE