1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KATHLEEN BURGHARDT-COBB,            No.  1:17-cv-01563-DAD-SKO

12                    Plaintiff,

13          v.                           ORDER GRANTING STIPULATED
                                         REQUEST TO AMEND THE COMPLAINT
14   MARK S. INCH,
                                         (Doc. No. 55)
15                    Defendant.

16

17        On October 15, 2020, the parties filed a stipulation with the court requesting a substitution

18   of party pursuant to Federal Rule of Civil Procedure 25(d).  (Doc. No. 55.)  Therein, the parties

19   request that the court substitute United States Attorney General William P. Barr as the proper

20   defendant and real party in interest, in place of the currently named defendant Mark S. Inch,

21   Director of the Federal Bureau of Prisons.  (*Id.* at 1.)

22        It appears to the court, however, that Federal Rule of Civil Procedure 25(d) is not the

23   appropriate vehicle to employ to effectuate the change in the named defendant that the parties

24   seek.  That rule states that the court may order a substitution of a public officer for its successor

25   "when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to

26   hold office while the action is pending."  Here, Rule 25(d) is inapplicable because Attorney

27   General Barr is not defendant Inch's successor.

28   /////

                                         1

Rather, the court will construe the parties' stipulated request as one made pursuant to Federal Rule of Civil Procedure 15(c), which governs amendments that relate back. That rule provides the following in relevant part:

> (1) When an Amendment Relates Back.  An amendment to a pleading relates back to the date of the original pleading when:
>
> [. . .]
>
>> (B) the amendment asserts a claim or defense that arose out of the conduct, transaction, or occurrence set out--or attempted to be set out--in the original pleading; or
>>
>> (C) the amendment changes the party or the naming of the party against whom a claim is asserted, if Rule 15(c)(1)(B) is satisfied and if, within the period provided by Rule 4(m) for serving the summons and complaint, the party to be brought in by amendment:
>>
>>> (i) received such notice of the action that it will not be prejudiced in defending on the merits; and
>>>
>>> (ii) knew or should have known that the action would have been brought against it, but for a mistake concerning the proper party's identity.
>
> (2) Notice to the United States.  When the United States or a United States officer or agency is added as a defendant by amendment, the notice requirements of Rule 15(c)(1)(C)(i) and (ii) are satisfied if, during the stated period, process was delivered or mailed to the United States attorney or the United States attorney's designee, to the Attorney General of the United States, or to the officer or agency.

Here, the parties seek to amend the original complaint by changing the named party defendant.  The parties have not asserted that their request entails amending any of the claims or defenses alleged in the original complaint, and thus the court assumes that they remain the same. Additionally, the parties state that Attorney General Barr is the proper party because the Federal Bureau of Prisons is a sub-agency that operates as part of the United States Department of Justice. (Doc. No. 55 at 1) (citing 18 U.S.C. §4042(a)).  Thus, as of the head of the Department of Justice, Attorney General Barr either knew or should have known that the action would have been brought against him but-for a mistake.  Finally, Rule 15(c)'s notice requirements are satisfied by way of defense counsel remaining the same despite the change of the named party defendant.

/////

2

1         Accordingly, the parties' stipulated request to substitute party, construed as a request

2    made pursuant to Federal Rule of Civil Procedure 15(c) (Doc. No. 55) is granted.  Plaintiffs are

3    directed to file an amended complaint and serve it and a summons on defense counsel.

4    IT IS SO ORDERED.

5      Dated:   __**December 17, 2020**__

6                             UNITED STATES DISTRICT JUDGE

3