UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN BURGHARDT-COBB,<br><br>Plaintiff,<br><br>v.<br><br>MERRICK GARLAND,<br><br>Defendant. | No. 1:17-cv-01563-ADA-SKO<br><br>ORDER DIRECTING CLERK TO CLOSE THE CASE<br><br>(Doc. 105) |

On July 17, 2023, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 105.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 18, 2023**            /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE